Our next case for argument is 24-1252, AD Global Fund v. United States. Mr. Mather, please proceed whenever you're ready. Good morning, Your Honors. I'm Steve Mather, appearing for the Plaintiff at Appellant AD, or at North Hills Homes, or North Hills Holding. The sole issue in our appeal is the meaning of a cross-reference in a statute. And General Revenue Code section 6229D explains the effect of an FPAW on the... Well, can we start... Let's talk about standing. Okay. Okay. Who do you contend continues to have Article III injury sufficient to establish standing in this litigation? There are, to our knowledge, there are partners that have not resolved their matters. Okay. I'm looking for names. I don't have a name. I'm told... Do you need names? I mean, don't you think you need to identify people that have injury in order to satisfy Article III standing? I don't think that's the way the statutory scheme for standing works in a case like this. In a TEFRA partnership... The answer, no, you don't need to identify individuals. Correct. I think the IRS is the one that needs to identify that all partners have said. That supports it. I think your friend in his brief has cases that kind of say something different. Well, the issue is different because of the context of this case and the nature of the proceeding. So in a TEFRA partnership case, there is a case involving the partnership and there is a representative plaintiff. By statute in Section 6226, all of the partners in the partnership, whether they hold a direct interest, pardon me, or an indirect interest, are considered to be parties in the proceeding. The only way they really become non-parties in the proceeding, the only practical way, is if they've entered into a settlement with the IRS. And only the IRS knows if those settlements have occurred. We can't know, as the representative plaintiff, because we don't have contact with all of the partners. Only the IRS has that information. Don't you have to have at least one partner who is aggrieved still? Yes, yes. Well, who is it? Because on page 483 of the appendix, I see where you all represented in the joint status report. Here's a direct quote. David Greenberg and William Goddard, the only purported partners in AG Global Fund who wish to litigate the remaining issues in this case. So I understand that you all stipulated those are the only two partners who are aggrieved to want to go forward with this. So what do we, I mean, now those people are out. So why is there still standing? Well, that representation that was made by the prior counsel in the case was based on what the IRS told him. So the- It kind of doesn't matter what it was based on. It was a joint stipulation to the court, right? And we bind people to those things. When you stipulate to something, I mean- Well, I mean, it's essentially you're seeking to stop us, I suppose, from denying that representation. But then it's very clear in document number 106 in the declaration of Mr. Patterson who made that representation that he- Is there like a page in the JA you could cite me to? Joint appendix, I'm not sure it's in the excerpts, but joint appendix 534 and 535, which I don't think was cited in the brief and is not included in the summary. Okay, and so what does that say? It says that I was told by the IRS that every other partner is settled. Well, the way- Well, I have those pages in my appendix. No, we don't have any of that. Okay. But, okay, but if every other partner is settled, then how could there be a standing? Well, but we understand that not to be true. And there's a mechanism- Is there a- you understand that not to be true based on what fact? Because you've got to establish standing. So you can't just say I understand. I was told everybody's settled, but now I understand it not to be true without explaining how do you understand it not to be true? Who, for example, has not settled? How do you understand there are people that haven't settled? Where is your proof? I have been told, and there was no evidentiary proceeding on this issue in the claims court, but I have been told that there are partners that have not settled. And I've been told that by the person that has hired me to represent in this case. And this is a representative plaintiff case. And the way the process is designed to prove otherwise is for the IRS, when they've entered into a settlement, to inform the representative partner that the settlement is made. And that didn't happen. And that's in the claims court's rules. My problem is that you have to establish standing, not the other way around. And you have to establish standing, and you all represented that there were only two people that wanted to litigate this that were remaining. And now we all agree those two people are no longer relevant. And now you're telling me that you have come to understand there are other people, but that's not evidence. And you have direct representations to the court to the contrary of what you now tell me you understand, which your understanding as attorney argument is not evidence. So I don't know how to get over the standing hurdle because you had a burden to comport. You could have put in a declaration at the district court or at the trial court by anyone, right, who's a partner who has standing. You could have identified a person. It seems like there's stuff you could have done. Well, there may be stuff that I could have done. But, again, our position is that it's the government's responsibility to prove the lack of standing because of the nature of this type of a case. Mr. Mathis, how are you injured? What's the injury you're complaining about? Well, we are the party that's representing any partner that still remains in the case. That's the way the cases are structured. You don't know if anyone's remaining or not, do you? What? You don't know if anyone's remaining or not. I'm told there is somebody remaining. But you don't know. I don't know for a fact. You're correct. You just told us that only the IRS knows. Only the IRS knows, and there's a mechanism for the IRS to tell us, and they didn't do it. So you have no injury. I am told there is still a partner that has not settled, and that partner has a potential injury. And so as a representative of the partner class... Do you agree that that's speculative in nature? I don't know the circumstance of every individual partner, and I'm not required to. It's a question of it may be or may not be. Right? I don't know for a fact, yes. So that would be speculative in nature. It is. I'm relying on representations that have been made to me, yes. If that's speculative, that's what I'm doing. But again, it's the government that hasn't followed the rules here, and then they're claiming the benefit of arguing that there's no standing because they haven't informed us of the information that only they know, as required by the claims court's rules. They're not the only ones that know it. Presumably this mysterious partner we're talking about would know it too. Yes, yes. So you represent the partners, and there are individuals within that group that you represent who know whether they settled or didn't settle. Yes. So I'm really perplexed. I mean, I don't have a name. I didn't personally speak to the partner. There are many partners in these cases, sometimes dozens or hundreds. Pardon me. I'm sorry, you said there could be dozens or hundreds of partners in the case? Not in this particular case, but in this category of case. Do you know how many partners are involved in this case? There are, I understand, at least 20 partners. Eight partners that hold direct interest, and a number of partners that hold interest through those directors. How many have settled? We believe the vast majority have settled, but not all. But do you appreciate that the speculative nature of what you're saying doesn't satisfy the constitutional rules with regard to Article III standing? Well, I think it's a question of whose job it is to show the standing. And I understand most of the cases. It's your job to show that you have standing, right? I don't believe in the context of this case it is my job. I think it is the government's job to show that all partners have settled because that's what the rule requires them to do. Well, it's a constitutional obligation. There must be standing in a case, and our case law is very clear that the standing is on your shoulders. Right, but again, this is a very specific type of case which has its own procedure, its own statute, its own procedure and the claims court's rules for establishing standing. And the government didn't follow it, and so it's our position that it's not our burden when the government hasn't followed the rules to help satisfy the standing requirement. With respect to the underlying merits, again, there's a reference in Section 6229D to the Section 6229A period that is affected by an FPAW. The government has argued that the reference should actually read that it's a reference to the period referenced in Section 6229A somehow based on case law that was developed 15 to 20 years after these statutes were enacted. I see my time is out, so I'll reserve for rebuttal. Very good. Mr. Sheehan. Good morning, may it please the Court. I'm Anthony Sheehan. I represent the United States. I think the Court has zeroed in on the key issue. So why don't you respond to your friend's, what seems to be his basic argument that there were rules that you need to follow and you didn't follow those rules and therefore in this particular weird, unusual context, the obligation was on you to disclose it. Can you tell us about the rules and do you think you violated the rules but that shouldn't matter in standing or do you think there was no violation of the rules or what? In standing, we start with Article 3 and the burden is normally on the person alleging standing here. Any of these settlements happened probably back in the 2000s, a long time ago, and whatever happened with that is not in the record. What it comes down to, though, is that our opponent has the burden under Article 3 and they represented they were in communication with these partners, that there was a communication there. Who are you talking to? The government repeatedly asked for a name. The Court of Federal Claims put out a show cause order and no name was forthcoming. All we were asking for was a name. Give us a name. We'll go back. We'll check. If that person hadn't settled, the issue goes away. So the easiest way to proceed with this was simply if North Hills is talking to people, if Mr. Mathers is not talking to him but his client, whoever that is, is talking to him, who is this person? We've got the records. We could have checked it out. What's the scope of this class here or this group? How many partners are we talking? How many potential people are we talking about? In this record, we know of at least two direct partners. They're entities North Hills and JFC2. They're indirect partners, individuals who are actually paying the taxes underneath them. The IRS has informed our trial counsel that all of the partners had, all the individual taxpaying partners had settled. That's what the IRS has told us. Now, if there is somebody who hasn't, if something got missed in there, again, just give us a name. That's the simplest thing. Who are you talking to? Identify somebody. We'll check it out. But that did not happen. Let's say you get a name. What do you do with it? We take it to the IRS, and we ask them to pull the records for that year and to see where we are with that person. But there was never a name forthcoming. And even if we do get beyond standing, in fact, the Court of Federal Claims bypassed the issue and they moved on to saying that they've resolved the issue presented, the merits issue presented back in 2005 when there clearly were poor people out there standing. They clearly had jurisdiction. And there was just no reason to reopen and revisit it at this time, especially since this court in Russian Recovery Fund has dispositively ruled on the very issue presented. And, indeed, if you look at the way the statute is structured, as the Court of Federal Claims said back in 2005, if you accept what this Court said in the first interlocutory appeal, that the statute of limitations is 6501 and 6229A is merely a minimum period that can extend but never cut it back, the period specified, 6229A, the period specified in subsection A, it compels the conclusion, as the Court of Federal Claims said, that this period is the period for assessing the tax. That's 6501 as possibly extended by 6229. And every court that has looked at it, including this court in a precedential opinion in Russian Recovery Fund, has said that the FPAW extends the period in 6501 as possibly already been extended by 6229A. There is no reason in this case, as the Court of Federal Claims properly said, to reopen or reconsider its ruling from 2005. Is Article III standing jurisdictional? Yes, it is. So how could I reach this other issue? Why are you spending your time on it? We asked your questions about it. Okay. It's a judgment question. What are you doing? What am I doing? I have to reach the jurisdictional question. We had all of our questions about it. Right. And you pivoted from it in like two minutes to go to an issue which, if you win on the jurisdictional question, I can't even reach. Right, Your Honor. What the Court of Federal Claims did here was dismiss. It issued an order of dismissal. It did not go back and reconsider the merits at all. Article III's standing is jurisdictional, right?  Statutory standing is not. Right. So don't I have to reach the standing question? I would say that in the context of this case, no, because the actual judgment was the case is dismissed. There are three reasons why the case could be dismissed. But if we reach the merits, there's no assumption that we find you have standing. That's the only basis upon which we would reach the merits. I agree, Your Honor. The point I'm trying to make is that the Court of Federal Claims did not reach the merits in the judgment that is currently under review. It said we did it. We decided that a long time ago. We're not going to reopen it. We're not going to reconsider it. The case is dismissed. Because the only issue that the plaintiffs are still arguing... But don't you understand our trepidation as to why you seem to be running away or discarding the standing issue? I mean, if you want us to reach the merits, we're going to have to satisfy ourselves that there is Article III standing here. Yes, Your Honor. I'm not asking the Court to reach the merits per se. I'm asking the Court to affirm an order of dismissal. And I only pivoted to the merits to say that they were resolved a long time ago, and currently there's no reason for this case to continue. So the dismissal is correct. But if you want to go back to standing, even let's assume arguendo that the government should have come forward and should have put in all the settlements with these partners, it still comes down to there has to be a person... It's an Article III issue. The Constitution overrides any statutory scheme. There has to be somebody here who suffered an injury. There has to be somebody here, a taxpaying partner, whose taxes are still not resolved from this 1999 tax year, who's waiting for this to be resolved to see if they owe any more money. The party who knows who they're talking to is North Hills. The party who's making the representation, there are still people out here who haven't settled, is North Hills. All we need, all we needed was a name. That was never given to us, and because it's their burden, I think, to hand over the name under Article III, that's where that burden comes from, they didn't carry their burden, and there is no standing to reach any of the merits, and that's another good reason why this dismissal by the Court of Federal Claims was correct and should be affirmed. Why does the IRS not know who has filed or not? If they've been filing all these years, wouldn't they know if suddenly there's no filing? It seems to me that some of this information we're asking of counsel, it may be in your wheelhouse. The IRS does representations to our counsel. They have not been placed in the record as to groups of people who have settled, and we believe, based on what IRS told us, and IRS has told us, that everybody has settled. But if somebody hasn't, we would have checked it out. And if there are no further questions, we'll rest on our brief, and I thank the Court for its time. Thank you. Mr. Mather? Back to the standing issue. There's nothing in Article III that places the burden of proving standing on the plaintiff. As I tried to explain in my earlier remarks, there is the process here that is designed to establish standing. There is every partner, by statute, is a party to the proceeding under Section 6226, and there is the mechanism, which requires the IRS at the time of the settlement to notify the representative partner of who has settled. That didn't happen. TransUnion v. Ramirez, the Supreme Court case in 2021, doesn't that say that the plaintiff, in this case you, has the burden of establishing standing via evidence? Well, I have two responses to that. First, there was no evidence in the claims court case. We didn't have an evidentiary hearing or any evidence submitted, and probably for that reason the claims court didn't decide the standing issue. Second, I think that case is distinguishable because of the nature of the settlements in our case, being that there are multiple ways to resolve one of these cases, and the least efficient way is the way that the government chose to go about it in this case, by settling individually with each partner along the way. Well, as the representative, as I repeat, we can't know who they've settled with unless they tell us. You can ask the partners. Right, but the partners could choose not to tell us. Then how are you representing their interests? Well, because we have been appointed as the representative until all partners are done. So, I mean, there's one party that knows the answer to this, and that's the IRS. What makes most sense to me— I'm sorry, go ahead. Sure. Anyway, there's not one person that knows that the IRS— if there's a partner out there who hasn't settled, he or she knows that, and he or she is purportedly the injured party who would give you standing in this case. No? Correct, that's correct. Okay, so following up on Chief Sam's question, which you haven't answered yet, is like, sure there are ways that you could survey the partners and see if any one of them hasn't settled and wants to pursue it. Right, and I have been told that there is such a partner. I haven't interviewed them personally to verify that statement, but I have been told there is such a partner. Why not? Well, standing wasn't even an issue that was— I mean, it's always an issue, I grant you, but it wasn't an issue upon which we lost in the claims court. The claims court didn't decide it because, I think, the factual record didn't exist upon which they could decide it. So it's really a question of whose responsibility it is for not presenting that factual record, and it's our contention that it's the government's responsibility. So, and it's not the Constitution that places that burden, so. The other issues, I guess, the government has argued that the prior case somehow decided the issue in our case, and I believe, Judge Prost, you were on that panel. And there was a single issue certified for appeal in that case, and it wasn't our issue. The court decided that issue, didn't decide our issue. It's as simple as that. I think there's no dispute that our issue was not part of the summary judgment motion, was not a cross-motion for summary judgment from the government, was not certified for appeal, was not argued on appeal, was not addressed by this court in the appeal. And so for all those reasons, there's no way that that prior ruling could somehow be law of the case or a mandate rule or whatever the government wants to call it that precludes us from arguing the case here. Judge, let me ask you a question. You don't have to answer with any names. I'm not asking for names, but do you know who your clients are? I certainly know who's paying my fees. You do? Yes. Have you settled with the IRS? They are the two people that have had their items dropped out of the proceeding and were resolved in the tax court case. So they're out? They're out. But they had many partners. What about the other ones? Both of those. Both of the clients that are paying me are out, but they were in charge of a partnership that had many partners that participated in this A.V. Global partnership, and they, as the representatives of their partnership, are telling me that not all the people in that partnership have settled. Okay. I thank both counsel. This case is taken under submission. Thank you.